UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MICHAEL P. HENDERSON, | Case No. 09-CV-0217 (PJS/RLE) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| ALLEN MARXHAUSEN, JAN KOLB, and MILLE LACS COUNTY, | |
| Defendants. | |

---

Michael P. Henderson, pro se.

This matter is before the Court on plaintiff's objection to the Report and Recommendation ("R&R") of Chief Magistrate Judge Raymond L. Erickson. Judge Erickson recommends dismissing this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Based on that review, the Court OVERRULES plaintiff's objection [Docket No. 4] and ADOPTS the R&R [Docket No. 3]. IT IS HEREBY ORDERED that:

1. This action is summarily DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. Plaintiff's motion for leave to proceed *in forma pauperis* [Docket No. 2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 20, 2009          s/Patrick J. Schiltz
                               Patrick J. Schiltz
                               United States District Judge